UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00039-RJC

| | |
|---|---|
| **USA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **GARY D. MARTIN,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon motion of the defendant to extend the deadline for filing objections to the Presentence Investigation Report, (Doc. No. 12), until February 1, 2013.

The Court finds that the defendant has stated sufficient cause to extend the deadline in this case.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**. The defendant shall file any objections, grounds for variance, or corrections on or before February 1, 2013.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: January 7, 2013

_____
Robert J. Conrad, Jr.
Chief United States District Judge