IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00039-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARY D. MARTIN | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion to amend the restitution order, to which the defendant does not object. (Doc. No. 21).

On March 12, 2013, the Court imposed restitution of $31,707,038.88 according to a victim list, (Doc. 19), submitted by the Government, to which Defendant consented. The Government has now timely proposed an amended restitution list which identifies additional losses by victims Lois Bateson and Jim and Lynn Watson. Accordingly, the Court finds good cause to amend the restitution order in this case to provide for $743,350.17 in restitution to Lois Bateson and $95,753.82 in restitution to Jim and Lynn Watson, for a total of $32,497,356.17.

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the Government's Consent Motion, (Doc. No. 21), 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the restitution order in this case is amended to include a final restitution figure of $32,497,356.17 to be paid to the victims according to their losses reflected in the in the victim list attached to the motion.

Signed: June 10, 2013

Robert J. Conrad, Jr.
United States District Judge